2018R01163/SDG

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 22- |
| | : | |
| DESHAWN MITCHELL | : | 18 U.S.C. § 2119(1) & 2 |
| | | 18 U.S.C. § 924(c)(1)(A)(ii) & 2 |
| | | 18 U.S.C. § 922(g)(1) |
| | : | |

# **I N F O R M A T I O N**

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

## **COUNT ONE**
## **(Carjacking)**

On or about November 9, 2018, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**DESHAWN MITCHELL,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely a 2005 Nissan Altima, from the person and presence of another, namely, Victim-1, by force and violence and by intimidation.

In violation of Title 18, United States Code, Section 2119 and Section 2.

## COUNT TWO
## (Carjacking)

On or about November 9, 2018, in Union County, in the District of New Jersey and elsewhere, the defendant,

**DESHAWN MITCHELL,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely a 2001 Honda CRV, from the person and presence of another, namely, Victim-2 and Victim-3, by force and violence and by intimidation.

In violation of Title 18, United States Code, Section 2119 and Section 2.

## COUNT THREE
### (Using and Carrying a Firearm in Relation to a Crime of Violence)

On or about November 9, 2018, in Union County, in the District of New Jersey and elsewhere, the defendant,

### DESHAWN MITCHELL,

during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the carjacking charged in Count Two of this Information, did knowingly use and carry a firearm.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and Section 2.

## COUNT FOUR
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about November 10, 2018, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## DESHAWN MITCHELL,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, namely a Silver Top-Break .380 Revolver, bearing serial number A7916 and loaded with five (5) ball point rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

1. As a result of committing the carjacking offenses charged in Counts One and Two of this Information, the defendant,

**DESHAWN MITCHELL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violations.

## FORFEITURE ALLEGATION AS TO COUNTS THREE AND FOUR

2. As a result of committing the firearms offenses in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 922(g)(1), as charged in Counts Three and Four of this Information, the defendant,

**DESHAWN MITCHELL,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including but not limited to:

(1) One (1) Silver Top-Break .380 Revolver, bearing serial number A7916; and

(2) Five (5) ball point rounds of ammunition.

### Substitute Assets Provision
### (Applicable to All Forfeiture Allegations)

3. If any of the property described above, as a result of any act or omission of the defendant:

5

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

/s/ Philip R. Sellinger
PHILIP R. SELLINGER
United States Attorney